The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH COGHILL,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PAYROLL SERVICES, a Delaware Corporation; JOSH LIGER, in his individual capacity; and BOYD SERVICES GROUP, INC.,<br><br>Defendants. | No. 2:25-cv-01953-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES |

**ORDER**

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Continue Trial Date and Related Deadlines. The Court has reviewed the stipulated motion and the record and finds good cause under Fed. R. Civ. P. 16(b)(4).

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. The January 19, 2027 trial date and the related pretrial deadlines set in the Court's Order Setting Trial Date and Related Dates (Dkt. 16) are STRICKEN and RESET as follows:



**NOLAN LIM LAW FIRM, PS**
1111 Third Avenue, Suite 1850
Seattle, WA 98101
Tel: (206) 963-9130

| Event | Date |
|---|---|
| All motions in limine must be filed by (see LCR 7(d)) | April 5, 2027 |
| Deposition designations must be submitted to the Court by (see LCR 32(e)) | April 12, 2027 |
| Agreed pretrial order due | April 12, 2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | April 19, 2027 |
| Pretrial conference | April 26, 2027 |
| JURY TRIAL begins | May 3, 2027 |

All other provisions of the Order Setting Trial Date and Related Dates (Dkt. 16) remain in effect.

DATED this 24th day of November 2026.

Barbara J. Rothstein

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:
**NOLAN LIM LAW FIRM, PS**
By: *s/ John Eklof*
John Eklof, WSBA #61333
Nolan Lim, WSBA #36830
1111 Third Avenue, Suite 1850
Seattle, WA 98101
Tel: (206) 963-9130
john@nolanlimlaw.com
nolan@nolanlimlaw.com

**MX LAW, PLLC**
By: *s/ Morgan Mentzer*
Morgan Mentzer, WSBA #47483
2661 N. Pearl St., #211
Tacoma, WA 98407
Tel: (253) 693-0388
morgan@mxlaw.net

*Attorneys for Plaintiff Kenneth Coghill*

Stipulated and approved as to form; notice of presentation waived:
**LITTLER MENDELSON, P.C.**
By: *s/ Elena M. Gutbrod*
Elena M. Gutbrod, WSBA #61074
Breanne Sheetz Martell, WSBA #39632
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101
Tel: (206) 623-3300
egutbrod@littler.com

*Attorneys for Defendants Gerber Payroll Services, Josh Liger, and Boyd Services Group, Inc.*